UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAMOUR DIENG,

    Plaintiff,

v.                                             CASE NO. 8:15-cv-1820-T-23EAJ

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

**ORDER**

    The plaintiff announces (Doc. 23) a settlement in this action. Under Local Rule 3.08(b), this action is dismissed subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida, on December 21, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE